**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7480**

---

TAMMY LYNN MOORE, a/k/a Tammy Lynn Scott-
Smith,

Petitioner - Appellant,

versus

JAMES N. LILLER, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Charleston. Charles H. Haden II, Chief
District Judge. (CA-97-368)

---

Submitted: March 17, 1998          Decided: April 30, 1998

---

Before NIEMEYER and MICHAEL, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Tammy Lynn Moore, Appellant Pro Se. Scott E. Johnson, OFFICE OF
THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appelant seeks to appeal the district court's judgment ordersl denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997), and her post-judgment motions filed under Fed. R. Civ. P. 59(e) and Fed. R. Civ. P. 60(b)(6). We have reviewed the record and the district court's judgment order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Moore v. Liller, No. CA-97-368 (S.D.W. Va. Sept. 3 & Sept. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2